**1**

**BIRDSONG & COMPANY, Inc., Plaintiff in Error, v. David L. MOSS, doing business as David L. Moss & Company, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. October 9, 1925.)

No. 38.

In Error to the District Court of the United States for the Southern District of New York.

Beekman, Bogue, Clark & Griscom, of New York City (Edward K. Hanlon, of New York City, of counsel), for plaintiff in error.

David R. Bernstein, of New York City (I. Montefiore Levy, of New York City, on the brief), for defendant in error.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

**2**

**In the Matter of Albert BLOOM, Bankrupt, Appellant.**

(Circuit Court of Appeals, Second Circuit. October 19, 1925.)

No. 56.

Appeal from the District Court of the United States for the Southern District of New York.

E. A. Deutschman of Brooklyn, N. Y., for appellant.

Bondy & Schloss, of New York City (Eugene L. Bondy, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

**3**

**COCA–COLA COMPANY, Appellant, v. J. V. ASH and Huntsville Bottling Works, Appellees.**

(Circuit Court of Appeals, Fifth Circuit. November 6, 1925.)

No. 4574.

C. R. Wharton, of Houston, Tex., and Harold Hirsch, of Atlanta, Ga., for appellant.

C. F. Stevens, of Houston, Tex., for appellees.

Agreed Judgment Entered by the Court.

On this the 6th day of November, A. D. 1925, the above cause came on for hearing, and the parties thereto having presented a stipulation setting forth an agreement that the decree of the trial court be modified in certain respects, so that the said decree shall hereafter read as follows, to wit:

(1) That defendants, J. V. Ash and the Huntsville Bottling Works, a corporation, their agents, attorneys, successors, assigns, and all persons claiming or holding under or through them, and each of them, are hereby perpetually enjoined and restrained from:

(a) Bottling, selling, or offering for sale any product under the trade-name "Coca-Cola" without obtaining a permit or license from the plaintiff.

(b) Making or selling any product in such way as to pass off the same as and for the product of the plaintiff.

(c) Using the name Coca-Lime, or any like name, word, or words, which are or may be a colorable imitation of the plaintiff's trademark "Coca-Cola."

(d) Using such contrivances, artifice, or device as may be calculated to represent or induce the belief that any bottled product not authorized by plaintiff is the product of plaintiff.

It is therefore ordered, adjudged, and decreed that the said stipulation for an agreed modification in the decree of the trial court be, and the same is hereby, approved, and it is further ordered, adjudged, and decreed that this cause be remanded to the District Court of the United States for the Southern District of Texas, Houston Division, for further action in accordance with the said stipulation and this decree.